No. 04–10672. BATES v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10674. ARNOLD v. LUEBBERS, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–10675. LOVETT v. HINSLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10676. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10677. MARTIN v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–10678. STALEY v. HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–10679. STITELY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–10680. RODRIGUEZ v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 04–10681. WALTERS v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–10682. DIEN HUU NGUYEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10684. SNYDER v. SIMS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10686. SEXTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10687. DURAN-SALAZAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10688. KELLEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.